UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BROWN, | No.  1:15-cv-01730-SKO  HC |
| Petitioner, | **ORDER REGARDING STATUS OF CASE** |
| v. | |
| B.J. JOHNSON, | **(Doc. 4)** |
| Respondent. | |

Petitioner, a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, requests a statement of the status of the above-captioned case, which was recently referred to this Court from the Eastern District of Virginia.  The Court has received the referral and will address the petition in due course.

IT IS SO ORDERED.

Dated:   **March 21, 2016**                           **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

1